UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GREGORY D. BARREN, | ) | Case No.: 2:11-cv-00650-RLH-CWH |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | (Motion to Compel–#25) |
| DAVID ROGER, District Attorney; OFFICER T. ROBINSON, P# 7466; OFFICER R. KENT, P# 6179; OFFICER D. SHANE, P# 6727, | ) | |
| Defendants. | ) | |

   Before the Court is Plaintiff Gregory D. Barren's **Motion to Compel to Answer or In the Alternative, A Ruling on the Merits** (#25, filed Apr. 4, 2012).

   This is a § 1983 claim filed against various law enforcement officers. The Court dismissed Plaintiff's Complaint for failure to state a claim on January 19, 2012. (#19). Plaintiff subsequently filed a Motion for Reconsideration (#21), to which the Officers responded (#22), and Plaintiff replied (#23). The Court denied Plaintiff's Motion for Reconsideration. (#24). Plaintiff has now filed a Motion to Compel asking the Court to either (1) compel the officers to file a sur-reply to his Motion for Reconsideration or (2) issue an order on the merits of his Motion for Reconsideration without the requested sur-reply. Plaintiff raises no new evidence, facts, or

1

intervening change in the law in his Motion to Compel.  Therefore, because the Court has already issued an Order (#24) on the merits of his Motion for Reconsideration, this Motion to Compel is moot.

   Accordingly, and for good cause appearing,

   IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (#25) is DENIED as MOOT.

   Dated: April 11, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**

2