UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BARREN, | Case No.: 2:11-cv-00650-RLH-CWH |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Compel–#25) |
| DAVID ROGER, District Attorney; OFFICER T. ROBINSON, P# 7466; OFFICER R. KENT, P# 6179; OFFICER D. SHANE, P# 6727, | |
| Defendants. | |

Before the Court is Plaintiff Gregory D. Barren's **Motion to Compel to Answer or In the Alternative, A Ruling on the Merits** (#25, filed Apr. 4, 2012).

This is a § 1983 claim filed against various law enforcement officers. The Court dismissed Plaintiff's Complaint for failure to state a claim on January 19, 2012. (#19). Plaintiff subsequently filed a Motion for Reconsideration (#21), to which the Officers responded (#22), and Plaintiff replied (#23). The Court denied Plaintiff's Motion for Reconsideration. (#24). Plaintiff has now filed a Motion to Compel asking the Court to either (1) compel the officers to file a sur-reply to his Motion for Reconsideration or (2) issue an order on the merits of his Motion for Reconsideration without the requested sur-reply. Plaintiff raises no new evidence, facts, or

intervening change in the law in his Motion to Compel. Therefore, because the Court has already issued an Order (#24) on the merits of his Motion for Reconsideration, this Motion to Compel is moot.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (#25) is DENIED as MOOT.

Dated: April 11, 2012.

_____
**ROGER L. HUNT**
**United States District Judge**