**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GREGORY D. BARREN, SR., | |
|     Plaintiff(s), | Case No. 2:11-cv-650-RLH-CWH |
| vs. | **O R D E R**<br>(Motion for Transcripts–#31) |
| DAVID ROGER, *et al.,* | |
|     Defendant(s). | |

Before the Court is Plaintiff's Motion for Transcripts (#31, filed April 20, 2012). The title of the Motion is "Motion for Transcripts." Yet, there is no designation or identification of what transcripts Plaintiff wishes or needs. Nor is there any hint in the motion as to what he wishes to appeal.

The body of the motion, rather than referring to "transcripts," requests the "record on appeal." The Court assumes Plaintiff refers to the Certificate of Record on the Notice of Appeal, docket #27, entered April 11, 2012. Although the Court is not obligated to incur the costs, even of an indigent plaintiff, of providing documents. It will this one time, and this one time only, order the Clerk of Court to provide Plaintiff with the documents referred to in docket #27.

IT IS SO ORDERED.

Dated: May 9, 2012.

_____
Roger L. Hunt
**United States District Judge**