# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BARREN, SR., | Case No.: 2:11-cv-00650-RLH-CWH |
| Plaintiff, | **O R D E R** |
| vs. | |
| DAVID ROGER, District Attorney; OFFICER T. ROBINSON, P# 7466; OFFICER R. KENT, P# 6179; OFFICER D. SHANE, P# 6727, | |
| Defendants. | |

   In its Order dated January 19, 2012, the Court granted Defendants David Roger, Officer T. Robinson, Officer R. Kent, and Officer D. Shane's Motion to Dismiss, dismissing the Plaintiff's Complaint without prejudice. On February 13, 2012, Plaintiff brought a "Request for Reinstatement," which the Court construed as a Motion for Reconsideration and subsequently denied. Plaintiff appealed that Order, and the Ninth Circuit determined that the request should have been construed as one for Leave to Amend and remanded for consideration.

   The court has discretion to grant leave and should freely do so "when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990). Upon review, the Court finds the deficiencies in Plaintiff's Complaint may be cured by

1

AO 72
(Rev. 8/82)

the addition of allegations not inconsistent with the current pleading.  Accordingly, the Court's Order dated April 4, 2012 is amended, and plaintiff shall have thirty (30) days to file an amended Complaint that resolves the deficiencies noted in the Court's prior Order granting Defendants' Motion to Dismiss.  Failure to do so, however, will result in dismissal with prejudice.

        IT IS SO ORDERED.

Dated: October 7, 2013.

_____
**ROGER L. HUNT**
**United States District Judge**