1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\* \* \***

| | | |
|---|---|---|
| GREGORY D. BARREN, SR., | ) | Case No.: 2:-11-cv-650-RLH-CWH |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | (Motion to Suppress Hearsay – #60) |
| | ) | |
| DAVID ROGER, OFFICER T. ROBINSON; | ) | |
| OFFICER R. KENT; OFFICER D. SHANE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Before the Court is Plaintiff Gregory D. Barren, Sr.'s **Motion to Suppress Hearsay Statements of the Defendant Police Officers** (#60, Mar. 20, 2014 ). The Court has also considered Defendants Terry Robinson, Raymon Kent, and Donald Shane's (collectively "Officers") Opposition (#65, Apr. 1, 2014 ) and Plaintiff's Reply (#66, Apr. 7, 2014). For the reasons discussed below, the Court denies Plaintiff's motion.

This case is a civil rights action based on an unreasonable search and seizure and a deprivation of due process. Plaintiff filed his complaint on August 3, 2011. The case scheduling order set a discovery cut-off date of May 19, 2014 and a June 18, 2014 dispositive motion deadline. Although framed as a "motion to suppress," Plaintiff's motion is a motion in limine to

1 | exclude evidence at trial. Plaintiff moves to exclude certain statements in the arrest and domestic
2 | battery reports. Plaintiff argues the statements are inadmissible hearsay.

3 | Plaintiff's motion is premature and attempts to preempt projected actions of the
4 | Officers. However, the Court finds it unnecessary at this time to provide a general court order
5 | excluding evidence Plaintiff believes is hearsay when there has been no indication that the Officers
6 | intend to admit the reports. Plaintiff's motion is more appropriately dealt with when the record has
7 | been more fully developed and the Officers have actually proffered the reports either in a
8 | dispositive motion or on the eve of trial. Accordingly, Plaintiff's motion is denied without
9 | prejudice. Plaintiff may re-raise these arguments in opposition to any dispositive motion filed by
10 | the Officers or as a motion in limine before trial.

11 | Accordingly, and for good cause appearing,

12 | IT IS HEREBY ORDERED that Plaintiff's Motion to Suppress Hearsay Statements
13 | of the Defendant Police Officers (#60, Mar. 20, 2014 ) is DENIED.

14 | Dated: April 10, 2014.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)