# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BARREN, SR., | Case No.: 2:-11-cv-650-RLH-CWH |
| Plaintiff, | **O R D E R** |
| vs. | (Appeal of Denial of Motion for Expert Witness – #63) |
| DAVID ROGER, OFFICER T. ROBINSON; OFFICER R. KENT; OFFICER D. SHANE, | |
| Defendants. | |

  Before the Court is Plaintiff Gregory D. Barren, Sr.'s Appeal of Denial of Motion for Expert Witness (#63, Mar. 31, 2014 ). Plaintiff appeals an Order entered by the Honorable Carl Hoffman, (#62, Mar. 28, 2014), denying Plaintiff's motion to appoint an expert witness. (#58, Mar. 19, 2014). Plaintiff filed his Objection to Judge Hoffman's Order in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, Defendants Terry Robinson, Raymon Kent, and Donald Shane's (collectively "Officers") filed a Response (#70, Apr. 17, 2014), and as LR IB 3-1 does not provide for a reply, this matter was referred for consideration.

AO 72
(Rev. 8/82)

1         The Court has conducted a *de novo* review of the record in this case in accordance
2 with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order
3 of Magistrate Judge Hoffman is not clearly erroneous or contrary to law and should be affirmed.
4         IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's Order (#62) is
5 AFFIRMED, Plaintiff's Objections are overruled, and Plaintiff's Motion is DENIED.
6         Dated: April 23, 2014.

                                                                                     _____
                                                                                    **ROGER L. HUNT**
                                                                                     **United States District Judge**

AO 72
(Rev. 8/82)