# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BARREN, SR.,<br><br>        Plaintiff,<br><br>  vs.<br><br>DAVID ROGER, OFFICER T. ROBINSON;<br>OFFICER R. KENT; OFFICER D. SHANE,<br><br>        Defendants. | Case No.: 2:-11-cv-650-RLH-CWH<br><br>**O R D E R**<br><br>(Appeal of Denial of Motion for Expert Witness – #63) |

      Before the Court is Plaintiff Gregory D. Barren, Sr.'s Re-Submission of Appeal of Plaintiff's Opposition to Defendants' Motion to Extend Discovery and Clarification of Appeal (#80, Apr. 28, 2014 ).  Plaintiff appeals an Order entered by the Honorable Carl Hoffman, (#72, Apr. 21, 2014), denying Defendants' Motion to Extend Discovery for good cause. (#71, Apr. 18, 2014). Plaintiff filed his Objection to Judge Hoffman's Order in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, Defendants Terry Robinson, Raymon Kent, and Donald Shane's (collectively "Officers") filed a Response (#70, Apr. 17, 2014), and as LR IB 3-1 does not provide for a reply, this matter was referred for consideration.

AO 72
(Rev. 8/82)

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Hoffman is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's Order (#72) is AFFIRMED, Plaintiff's Objections are overruled, and Plaintiff's Motion is DENIED.

Dated: May 19, 2014.

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)

2