# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BARREN, SR., | Case No.: 2:11-cv-650-RLH-CWH |
| Plaintiff, | **O R D E R** |
| vs. | (Motion for District Judge to Reconsider Order– #82) |
| DAVID ROGER, OFFICER T. ROBINSON; OFFICER R. KENT; OFFICER D. SHANE, | |
| Defendants. | |

Before the Court is Plaintiff Gregory D. Barren, Sr.'s Motion for District Judge to Reconsider Order (#82, April 30, 2014 ). Plaintiff appeals an Order entered by the Honorable Carl Hoffman, (#79, April 24, 2014), denying Plaintiff's motion to compel. (#61, Mar. 25, 2014). Plaintiff filed his Objection to Judge Hoffman's Order in accordance with Local Rule IB 3-1 of the Rules of Practice of the United States District Court for the District of Nevada, Defendants Terry Robinson, Raymon Kent, and Donald Shane's (collectively "Officers") did not file a response, and as LR IB 3-1 does not provide for a reply, this matter was referred for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and (C) and Local Rule IB 3-1 and determines that the Order of Magistrate Judge Hoffman is not clearly erroneous or contrary to law and should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's Order (#79) is AFFIRMED, Plaintiff's Objections are overruled, and Plaintiff's Motion is DENIED.

Dated: May 19, 2014.

_____
ROGER L. HUNT
United States District Judge

AO 72
(Rev. 8/82)

2